# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GUALBERTO VELEZ.**<br><br>**Plaintiff,**<br><br>v.<br><br>**RSC INSURANCE BROKERAGE, INC.,**<br><br>**Defendant.** | **Civil Action No.: 2:22-cv-03303** |

## STIPULATION OF DISMISSAL WITH PREDJUDICE

And now this 15th day of December 2022, it is hereby stipulated by and between the parties that the above-referenced matter filed by Plaintiff, Gualberto Velez, against Defendant, RSC Insurance Brokerage, Inc. is hereby voluntarily dismissed with prejudice, with each party bearing its own attorneys' fees and costs.

| | |
|---|---|
| */s/ David M. Koller*<br>David M. Koller, Esq.<br>KOLLER LAW LLC<br>2043 Locust Street #1B<br>Philadelphia, PA 19103<br>davidk@kollerlawfirm.com<br>*Attorney for Plaintiff* | */s/ Jonathan S. Krause*<br>Jonathan S. Krause, Esq.<br>Klehr Harrison Harvey Branzburg LLP<br>1835 Market Street, Ste 1400<br>Philadelphia, PA 19103<br>jkrause@klehr.com<br>*Attorney for Defendant* |

**IT IS SO ORDERED:**

**DATED:** 12/19/22            **BY:** */s/ Paul S. Diamond*

                                                                       **J.**